UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **BRENDA KIDD VICKERS,** | ) |
| Plaintiff, | ) Case No. EDCV 12-1445 AJW |
| v. | ) |
| **CAROLYN W. COLVIN,** Acting Commissioner of the Social Security Administration, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

June 18, 2013

ANDREW J. WISTRICH
United States Magistrate Judge