UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRENDA KIDD VICKERS, ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 12-1445 AJW |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | J U D G M E N T |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

June 18, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge